AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Oregon

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
U.S. Priority Mail Express parcel 9505 5116 3596 3068 )  Case No. 6:23-mc- 223
7771 37 located at 1036 SE Douglas Ave., Roseburg, )
Oregon, as described in Attachment A )

**ORIGINAL**

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____Oregon_____
*(identify the person or describe the property to be searched and give its location)*:

U.S. Priority Mail Express parcel 9505 5116 3596 3068 7771 37 located at 1036 SE Douglas Ave., Roseburg, Oregon, in the secure evidence vault, as described in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

The information and items set forth in Attachment B hereto.

**YOU ARE COMMANDED** to execute this warrant on or before _____March 31, 2023_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___U.S. Magistrate Judge Mustafa T. Kasubhai, via Clerk___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __5:11pm; March 17, 2023__

*Judge's signature*

City and state: __Eugene, Oregon__

Mustafa T. Kasubhai, United States Magistrate Judge
*Printed name and title*

# Return

| Case No.: 23 mc 223 | Date and time warrant executed: 03/22/2023; 11:00AM PDT | Copy of warrant and inventory left with: USPS Priority Mail 9505511635963068777137 |
|---|---|---|

Inventory made in the presence of :
Detective Travis Kopacek, Douglas County Sheriff's Office

Inventory of the property taken and name(s) of any person(s) seized:

Items used to conceal controlled substances:

Nike Shoebox
USPS packaging material
Vacuum sealed plastic bags

And 1027.6 gross grams of presumptive positive cocaine tested by a Multi-Drug Test, Mobile Detect Pouch.

============================== Nothing Follows ==================================================

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/24/23

*Executing officer's signature*

David L. Hardin, U.S. Postal Inspector
*Printed name and title*

## Attachment A

### Parcel to be Searched:

The following U.S. Postal Service parcel, presently in the possession of the Douglas Interagency Narcotics Team (DINT) Office secure evidence vault, located at 1036 SE Douglas Ave., Roseburg, Oregon 97470:

### DESCRIPTION OF THE SUBJECT PARCEL

#### Subject Parcel

| | |
|---|---|
| U.S. Priority Mail parcel number: | 9505 5116 3596 3068 7771 37 |
| Sender name and address: | Justin Akers<br>129 E Fremont Dr<br>Tempe, AZ 85282 |
| Recipient name and address: | B. Phillips<br>2288 NE Vine St<br>Roseburg, OR 97470 |
| Parcel Type: | USPS Priority Mail Ready Post Box |



## ATTACHMENT B

## Items to Be Seized

The items to be searched for, seized, and examined, are those items in the **Subject Parcel** located at 1036 SE Douglas Ave., Roseburg, Oregon 97470, referenced in Attachment A, that contain evidence, contraband, fruits, and instrumentalities of violations of the Target Offenses: 21 U.S.C. §§ 841(a)(1), 843, and 844: Unlawful distribution, and possession with intent to distribute, controlled substances; Unlawful use of the mail in a controlled substance violation; and, Unlawful possession of controlled substances, including:

1. Controlled substances, including marijuana, methamphetamine, cocaine, heroin, and any other illegal controlled substance listed in DEA Scheduling of Controlled Substances;

2. Any items of identification of the sender or intended recipient of the Subject Parcel, or the source of controlled substances contained in the Subject Parcel; records, correspondence and messages, accounts, ledgers, pay-and-owe sheets, or other documents associated with the distribution, possession, or possession with intent to distribute, controlled substances.

3. Packaging material and items used to conceal the presence of controlled substances, currency, and proceeds of controlled substances; and

4. Currency and proceeds of controlled substance trafficking, and any instrumentalities or fruits of the Target Offenses.